IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13–cr–30091–MJR–6 |
| ) | |
| BRYANT SAWYER, ) | |
| ) | |
| Defendant. ) | |

## <u>MEMORANDUM & ORDER ADOPTING REPORT & RECOMMENDATION<br>&<br>ACCEPTING DEFENDANT'S GUILTY PLEA</u>

**REAGAN, District Judge:**

On March 6, 2014, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea as to Count 2 of the (four-count) indictment. On March 13, 2014, Judge Wilkerson recommended that the undersigned accept the guilty plea, and notified the parties that any objection to his Report and Recommendation would be due on or before March 31, 2014. (Doc. 189).

That deadline has come and gone with no objection from either party. Accordingly, the Court **ADOPTS** in its entirety the Report & Recommendation (**Doc. 189**), **ACCEPTS** Defendant Sawyer's guilty plea, and **ADJUDGES** Defendant Sawyer guilty of the offenses set forth therein. The Court **DIRECTS** that a presentence investigation be submitted by the United States Probation Office, and **CONFIRMS** that sentencing remains set for June 27, 2014, at 9:00 a.m.

IT IS SO ORDERED.
DATE: <u>April 10, 2014</u>                    s/ *Michael J. Reagan*
                            **MICHAEL J. REAGAN**
                            United States District Judge